United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

v.

Donavon Law,

    Defendant,

No. 21-cr-20463

Hon. Denise Page Hood

---

**Government's Response to Law's Motion (ECF No. 41)**

---

Donavon Law pled guilty to one count of 18 U.S.C. § 922(g)(1) on November 4, 2021. This Court sentenced him to 63 months in custody on August 10, 2022. In October 2024, Law sent this Court a one page letter "requesting to have my 922(G) case reviewed and dropped due to my 2nd Amendment rights being violated". (ECF No. 41 at PageID 264).

Law's letter was received by the Clerk's Office on October 7, 2024. (*Id.*). The Clerk's Office docketed this letter as "Motion for Retroactive Application of Sentencing Guidelines re 821 Amendment". Law's letter does not address the sentencing guidelines.[1] As such, the government will not address that issue in this

---

[1] The government notes that Law subsequently sent another document to the Court on October 15, 2024. (ECF No. 42). The government will file a separate response to that motion.

response. Law's letter, (ECF No. 41), does not articulate an intent to seek habeas relief under section 2255. The government notes this in order to preserve its defenses to an improperly filed habeas petition. The government will not fully brief this point here. Instead, this response brief will address the single argument raised by Law in his October 7, 2024, letter (ECF No. 41); a facial challenge to section 922(g)(1).

Law's facial challenge fails. The Sixth Circuit recently held that section 922(g)(1) "is not susceptible to a facial challenge." *Unites States v. Williams*, 113 F.4th 637, 657 (6th Cir. 2024). As such, Law is not entitled to any relief. His motion, (ECF No. 41), must be denied.

 Respectfully Submitted,

                                        Dawn N. Ison
                                        United States Attorney

                                        *s/Sarah Youngblood*
                                        Sarah Youngblood
                                        Assistant United States Attorney
                                        211 W. Fort Street, Suite 2001
                                        Detroit, MI 48226
                                        Sarah.Youngblood@usdoj.gov
                                        (313) 226-9581

Dated:  October 23, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants of record.

I also certify that I sent pro se defendant a copy of the document, via first class mail to:

> Donavon Law
> Prisoner No. 49358-509
> USP Hazelton
> U.S. Penitentiary
> P.O. Box 2000
> Bruceton Mills, WV 26525

*s/Sarah Youngblood*
Sarah Youngblood
Assistant United States Attorney