Clarification Sentencing Correction Request Case 2:21-cr-20463-DPH-DRG
Hello Judge Hood,
RE: Donavon D. Law II-49358509

 My Access_240806_220654.pdf

My son, Donavon D. Law, is currently serving at USP Big Sandy Correctional Facility. He was sentenced back in August 2022. On his behalf, at that time, his attorney, Mrs. Brazile, requested that his sentencing in the federal courts run concurrently to the state court sentencing (pages 19-20; lines 22-25 and line 1). This was taken into consideration by the court (pg. 20, lines 23-25). He had a total of 10 felonies at the time (4 counts of breaking and entering, 1 count of a gun charge of firearm possession, which I believe was dropped; I'm not sure what the other felonies were). He was facing a sentence of 100 months. At the time of sentencing, Donavon Law was serving a concurrent sentence with MDOC, which was for both probation violations and new criminal conduct (pg. 23, lines 11-13). The court made the federal sentence -- the majority of the federal sentence consecutive, and if the court was inclined to give some time concurrent, the court asked that the concurrent time be no more than three years, which is likely what he would end up serving with MDOC, given the range that he's been given. (pg. 13, lines 21-25 & pg 24, lines 1-3). The court was considering sentencing Donavon D. Law II to 100 months, with the majority of that time to be served consecutively. (Pg. 25, lines 10-12). At that time, his earliest release date was projected to be in April 2030. Then the court asked the prosecuting attorney, since the gun charges would be of a lesser offense, does this make the defendant's, Mr. Law, charges less serious? The court concluded that Mr. Law still committed a lot of crimes, even with the lesser serious gun charge. (Pg. 30, lines 9-12). In the final sentencing decision, the court, (government) sentenced Mr. Law to 63 months, and that the court) would exercise the discretion to run the sentence concurrently to the sentence he was currently serving. (pg. 44, lines 2-7). In addition, it was mentioned that some credit would be given by the state court, but not for everything, for both sentences (pg. 48, lines 17-20). Part of his time served was state and part federal, and so likely BOP would calculate the defendant, Mr. Law's, credit served (pg. 49, lines7-10).

Please explain whether the 63 months my son has to serve comprise the past time served by the state and whether or not the state time served has been credited already, or if the reduction to 63 months is the credit that was given in his final sentencing?  My son is asking what his projected release time is. I'm asking because he was told he only has two of his felonies running concurrently, and four of them are not, by the warden. Because of this, he is requesting an amended sentence for all six cases for which he was sentenced. If there is an error, I would like to know how to get an amendment filed on his behalf. As his Mom, I'm asking so I can explain to him whether or not his sentencing is being run concurrently or not.

Renee Mitchell
734-291-4200
2429 Lakeshore Blvd, Apt 705

Ypsilanti, MI 48198